Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock, TX 79424
(806) 748-1980

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
KEVIN DEANE GOODKNECHT                    CASE NO: 14-70171

**RESIGNATION OF TRUSTEE AND**
**NOTICE OF APPOINTMENT OF NEW TRUSTEE**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW, WALTER O'CHESKEY,** Standing Chapter 13 Trustee and files his "Resignation of Trustee and Notice of Appointment of New Trustee"

1. Walter O'Cheskey resigns as Trustee in this case **effective midnight, May 31, 2014.**

2. The United States Trustee has appointed Robert B. Wilson as Standing Trustee in the case effective June 1, 2014.  The office address and telephone number have not changed and remain as follows:

    6308 Iola Ave., Suite 100
    Lubbock, TX 79424
    (806) 748-1980

The Chapter 13 Plan payment address has also not changed and remains as follows:

**Chapter 13 Trustee**
**PO Box 94210**
**Lubbock, TX 79493-4210**

Date: June 2, 2014                    Respectfully submitted,

                                      /s/ Walter O'Cheskey
                                      Walter O'Cheskey, Trustee
                                      6308 Iola Ave., Suite 100
                                      Lubbock, TX 79424
                                      (806) 748-1980